Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE BROWN,        )<br>                  )<br>    Petitioner,  )<br>                  )<br>    v.            )<br>                  )<br>JAMES D. HARTLEY, Warden, )<br>                  )<br>    Respondent.   )<br>_____) | CASE NO. CV 05-05432 JVS (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 2-1-08

                                           _____
                                           JAMES V. SELNA
                                           UNITED STATES DISTRICT JUDGE